# United States Bankruptcy Court
For The
District of Nebraska

IN RE:  
IDA PRAYER  
2810 SPAULDING ST  
OMAHA, NE 68111

CASE No. 22-80658-BSK  
SS #1 XXX-XX-2342

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | CFNA / PO BOX 81315  CLEVELAND, OH 44181-0 | None | | Not Filed |
| 002 | FINGERHUT / 6250 RIDGEWOOD ROAD  ST. CLOUD, MN 56303 | None | | Not Filed |
| 003 | SEVENTH AVENUE / 1112 7TH AVE  MONROE, WI 53566 | None | | Not Filed |
| 004 | SN SERVICING CORPORATION / 323 5TH ST  EUREKA, CA 95501-0305 | None | | Not Filed |
| 005 | SOUTHLAW PC / 13160 FOSTER SUITE 100  OVERLAND PARK, KS 66213-2660 | None | | Not Filed |
| 006 | SN SERVICING CORPORATION / 323 5TH ST  EUREKA, CA 95501-0305 | 43,647.10 | | DirectPay |
| 007 | SN SERVICING CORPORATION / 323 5TH ST  EUREKA, CA 95501-0305 | 6,756.98  6.0000% | | Secured |

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted below the principal amount of the claim. Oversecured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of it.

JESSIE C POLSON  
3006 SOUTH 87TH STREET  
OMAHA, NE 68124

| | |
|---|---|
| Claims Paid Through Plan | 6,756.98 |
| Claims Paid Direct | 43,647.10 |
| Total For This Case | 50,404.08 |
| 3,800.00 | Debtor's Attorney |

## NOTICE CONCERNING CLAIMS

At      OMAHA      NE      on      01/25/2023

Pursuant to 11 U.S.C. 502 (a) and Nebraska Rule of Bankruptcy Procedure 3007-1(C)(1), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor(s) or other party in interest.

Within thirty (30) days from the date of this notice, debtor(s) shall examine the proofs of claim and file a timely written objection to any claim which may be improper. The absence of a written objection will be deemed an approval by the debtor(s) of the claims as recited above.

The Trustee hereby certifies that a true and correct copy of the Trustee's Notice Concerning Claims was served on the debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed by first class, U.S. Mail, postage prepaid to the Debtor(s) at the address listed above.

Erin M. McCartney  
Chapter 13 Trustee