## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  22-80658-BSK |
| | ) |
| **IDA PRAYER** | ) CHAPTER 13 |
| SSN: ###-##-2342 | ) |
| **Debtor.** | ) |

### TRUSTEE'S NOTICE OF AMENDED PLAN

TO:    IDA PRAYER

Erin M. McCartney, Chapter 13 Trustee, has received an amended Chapter 13 plan dated **01/20/2023** for your case.

**The amended plan requires the Debtor to make payments to the Trustee in the amount of $240.00 per month.**

**The Debtor's next payment is due FEBRUARY 2023.**

Payments must be made on or before the due date or the Trustee may move to dismiss the case.

The Bankruptcy Court will send an Order which requires the debtor or debtor's employer to make the payments set forth in the amended plan.

DATED:  January 31, 2023

> s/ Erin M. McCartney
> Erin M. McCartney #23663
> Chapter 13 Trustee
> 13930 Gold Circle, Suite #201
> Omaha, NE 68144
> (402) 697-0437
> 1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Notice was served on JESSIE C POLSON, debtor attorney, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on January 31, 2023, by first-class, U.S. mail, postage prepaid to the Debtor at the address listed below:

IDA PRAYER
2810 SPAULDING ST
OMAHA, NE 68111

> s/ Erin M. McCartney
> Erin M. McCartney

JESSIE C POLSON
Attorney at Law
3006 SOUTH 87TH STREET
OMAHA, NE 68124