**Fill in this information to identify the case:**

Debtor 1: Ida Prayer

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Nebraska
(State)

Case number: 22-80658-BSK

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 6414 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 10/17/2022 | (5) | $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Review | 10/18/2022 | (11) | $ 400.00 |
| 12. Other. Specify: Form 410/410A Loan Payment History | 10/17/2022 | (12) | $ 250.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Ida Prayer | | | Case number (if known) | 22-80658-BSK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Erica Loftis
Signature

Date 01/16/2023

Print: Erica Loftis, Esq. (SBN 259286)
First Name    Middle Name    Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger, LLP

Address: 1920 Old Tustin Avenue
Number    Street
Santa Ana, CA 92705
City    State    ZIP Code

Contact phone ( 949 ) 427 – 2010

Email bknotifications@ghidottiberger.com

# Ghidotti Berger

| Invoice Date |
|---|
| 10/18/2022 |

| Invoice Number |
|---|
| 87000 |

**1920 Old Tustin Avenue | Santa Ana, California 92705**
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Ida L Prayer
Case Ref Number: 22-80658-BSK
Property Address: 2810 Spaudling Street, Omaha, NE 68111

Investor: PRP
Area of Law:    Bankruptcy
                BK Plan Review

Attorney: Melbalynn Fisher

BILLING SUMMARY:

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18/2022 | 2019 Fannie Mae - Bankruptcy - Plan Review (Recoverable) | $400.00 |

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | $400.00 |
| Total Costs This Invoice | $0.00 |
| Total Fees and Costs This Invoice | $400.00 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $400.00 |

Thank you for the opportunity to be of service.

# GhidottiBerger

| Invoice Date |
|---|
| 10/17/2022 |

| Invoice Number |
|---|
| 86833 |

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Ida L Prayer
Case Ref Number: 22-80658-BSK
Property Address: 2810 Spaudling Street, Omaha, NE 68111

Investor: PRP
Area of Law:    Bankruptcy
                BK POC

Attorney: Erica Loftis -BK Staff Atty

BILLING SUMMARY:

| DATE | COST DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17/2022 | Postage (Non-Recoverable) | $2.88 |

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17/2022 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim (Recoverable) | $550.00 |
| 10/17/2022 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History (Recoverable) | $250.00 |

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | $800.00 |
| Total Costs This Invoice | $2.88 |
| Total Fees and Costs This Invoice | $802.88 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $802.88 |

Thank you for the opportunity to be of service.

## **CERTIFICATE OF SERVICE**

On January 16, 2023, I served the foregoing document described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals. By electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR:
Jessie C. Polson    jessie.polson@samturcolawoffices.com, brenda.ringler@samturcolawoffices.com;polson.jessieb105654@notify.bestcase.com

CHPATER 13 TRUSTEE:
Erin McCartney    ecfclerk@ne13trustee.com, emccartney13@ecf.epiqsystems.com

US TRUSTEE:
Jerry Jensen    ustpregion13.om.ecf@usdoj.gov

By depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR:
Ida Prayer
2810 Spaulding St
Omaha, NE 68111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kaitlyn May_____
Kaitlyn May